UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# NOTICE of HEARING

**UNITED STATES OF AMERICA** )
) **CITATION NO.:**
**vs.** )
)
)
)
)
_____ )

**Type of Case:** **CENTRAL VIOLATIONS BUREAU HEARINGS**

**TAKE NOTICE that a Court proceeding in this case has been CONTINUED from the hearing date of** _____ **to:**

**DATE/TIME:** _____, _____.

**LOCATION:** **U.S. MAGISTRATE JUDGE**
**U.S. District Courthouse - 6th Floor**
**2500 Tulare Street, Courtroom - To Be Announced**
**Fresno, California  93721**

**OFFENSE(S):** _____.

**CONTINUANCE REQUEST:** _____, _____.

Please note that Failure to Appear on the above date will result in an Issuance of a Bench Warrant and/or Abstract on your Driving Record, depending on the charges.

C.V.B. telephone message number is: (559) 233-1004.

The court will grant one request for a continuance of a court date by a litigant as a matter of right.  The Deputy Clerk will inform the United States Attorney's office of the continuance, and will mail the litigant a copy of this court policy.

To obtain a second continuance of a court date, a litigant must submit his or her request to the court in writing, and must also send a copy of the request to the **United States Attorney,  Misdemeanor Unit, 2500 Tulare Street, 4th Floor - Suite 4401, Fresno, CA  93721**.  The request must inform the court that this is a second time the litigant has sought a continuance of his or her court date, and must provide a statement of good cause for the continuance.  The request must be received by the court no later than **one week** before the scheduled court date.  The court will not act on the request for three days, giving the United States Attorney an opportunity to object.  After the three day objection period, the Judge will consider the written request and any objection.  The Deputy Clerk will then inform the litigant and the United States Attorney of the Court's decision.  No more than two continuances will be granted absent extraordinary circumstances and no continuance will be granted after the hearing date has passed  In seeking more than two continuances, the litigant must follow the timeliness requirements and noticing procedures as described above.

Dated: _____          **MARIANNE A. MATHERLY, CLERK OF COURT**

_____
United States Magistrate Judge

cc:     U.S. Attorney, Fresno Office - Misdemeanor Unit
        Federal Defender, Fresno Office

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO CENTRAL VIOLATIONS BUREAU CALENDAR

## COURT POLICY REGARDING
## CONTINUANCES OF COURT DATES BY PROS SE LITIGANTS
## EFFECTIVE NOVEMBER 15, 2004

1) The court will grant one request for a continuance of a court date by a pro se litigant as a matter of right. The Deputy Clerk will inform the United States Attorney's office of the continuance, and will mail the pro se litigant a copy of this court policy.

2) To obtain a second continuance of a court date, a pro se litigant must submit his or her request to the court in writing, and must also send a copy of the request to the United States Attorney, c/o Misdemeanor Unit, 2500 Tulare Street, 4th Floor - Ste. 4401, Fresno, CA 93721. The request must inform the court that this is a second time the pro se litigant has sought a continuance of his or her court date, and must provide a statement of good cause for the continuance. The request must be received by the court no later than one week before the scheduled court date. The court will not act on the request for three days, giving the United States Attorney an opportunity to object. After the three day objection period, the Judge will consider the written request and any objection. The Deputy Clerk will then inform the pro se litigant and the United States Attorney of the Court's decision. No more than two continuances will be granted absent extraordinary circumstances.

3) No more than two continuances will be granted absent extraordinary circumstances. Any pro se litigant seeking a third or further continuance must submit his or her request to the court in writing, and also serve the United States Attorney a copy of the request. The pro se litigant must inform the court how many continuances he or she has previously been granted, and must also provide an explanation of the extraordinary circumstances justifying a third or further continuance. Such a request must be received by the court no later than two weeks before the scheduled court date. The court will not act on the request for one week, giving the United States Attorney an opportunity to object. After the one week objection period, the Judge will consider the written request and any objection. The Deputy Clerk will then inform the pro se litigant and the United States Attorney of the Judge's decision.