1 | McGREGOR W. SCOTT
United States Attorney
2 | WILLIAM B. TAYLOR
Special Assistant United States Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00192-SAB |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL |
| v. | |
| KYLE D. PARKER | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-mj-00192-SAB against KYLE D. PARKER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 11, 2020            Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                              By:   /s/ William B. Taylor
                                    WILLIAM B. TAYLOR
                                    Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:19-mj-00192-SAB against KYLE D. PARKER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **February 12, 2020**

UNITED STATES MAGISTRATE JUDGE